UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | 1:21-mc-91329-DJC |
| NORMAN HIGGS, | ) | |
| | ) | |
| Defendant | ) | |

## ORDER OF CONTINUANCE AND EXCLUDABLE DELAY

Upon consideration of the parties' joint motion seeking an order of continuance and excludable delay, the Court finds as follows:

1. This matter was initiated by a criminal complaint (1:21-mj-05178-JGD). The parties are engaged in preliminary discussions regarding the possible resolution of this matter. The requested continuance of the time in which an indictment or information must be filed will permit defense counsel to adequately confer with the defendant and allow the parties to further discuss and finalize the terms of a resolution, before the government is required to seek an indictment or information.

2. The ends of justice served by granting the requested continuance, and excluding the time period from July 10, 2021, through and including August 12, 2021 from the speedy trial clock, outweigh the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for*

1

*Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008).

Accordingly, the Court hereby grants the parties' joint motion and **ORDERS** that, pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases*, (1) the date on which an indictment or information must be filed is continued to August 13, 2021; and (2) the period from July 10, 2021, through and including August 12, 2021 is excluded from the speedy trial clock and from the time within which an indictment or information must be filed.

July 2, 2021                               /s/ Denise J. Casper
                                           **Denise J. Casper**
                                           **United States District Judge**